UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:26-cv-1145-SK                                          Date: May 19, 2026
Title     Ali Jahal Badran v. Todd M. Lyons, et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER REQUIRING RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ADMINISTRATIVELY STAYING TRANSFER OR REMOVAL PENDING RESOLUTION OF TRO APPLICATION OR FURTHER COURT ORDER**

Petitioner applies ex parte for a temporary restraining order preventing his removal from the United States pending adjudication of his 28 U.S.C. § 2241 petition and his administrative motion to reopen removal proceedings before the Bureau of Immigration Appeals.  (ECF 2).  Respondents are ordered to file a response to the TRO application by no later than **May 22, 2025**.  Petitioner may file an optional reply by no later than **May 26, 2025**.  Meanwhile, **Respondents are temporarily ORDERED not to transfer Petitioner from this district or remove him from the United States pending adjudication of the TRO application or further order of the court lifting the administrative stay of transfer or removal**.  *See* 28 U.S.C. § 1651; *see also United States v. Texas*, 144 S. Ct. 797, 798 (2024); *Gallusz v. LLP Mortgage, Inc.*, 2025 WL 1360771, at *2 (S.D. Cal. 2025).

IT IS SO ORDERED.