JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI JAHAL BADRAN, | CASE NO. 8:26-cv-01145-SK |
| Petitioner, | **JUDGMENT** |
| v. | |
| TODD M. LYONS, et al., | |
| Respondents. | |

In accordance with the Order Dismissing Habeas Petition, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

The clerk of court is directed to close the case.

DATED: June 11, 2026

STEVE KIM
United States Magistrate Judge